County Securities, Inc., Respondent, *v.* Jennie M. Palmer et al., Appellants, Impleaded with Others.

Argued April 6, 1939; decided April 21, 1939.

*Lyle Evans Mahan* and *Morgan H. Seacord* for appellants.
*John L. Delius* and *Arthur M. Laufer* for respondent.
*John L. Delius* for town of Mamaroneck, *amicus curiæ*.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.